

# Fourth Court of Appeals
## San Antonio, Texas

October 21, 2020

No. 04-20-00494-CV

**AMERICAN MEDICAL HOME HEALTH SERVICES, LLC**, Hub City Home Health, Inc. D/B/A American Medical Home Health Services 'Hub City', American Medical Home Health Services San Antonio, LLC 'AM Home Health SA', American Medical Hospice Care, LLC 'AM Hospice SA', American Medical Palliative Support,LLC 'AM Palliative Support', Magdalena 'Maggie' Clemente, Rene Estrada, and Gina Trevino,
Appellants

v.

**LEGACY HOME HEALTH INC**. and Legacy Home Care Services, Inc. d/b/a/ All Seasons Home Care, Inc.,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2020-CI-09053
Honorable David A. Canales, Judge Presiding

# O R D E R

Sitting: Luz Elena D. Chapa, Justice
        Irene Rios, Justice
        Beth Watkins, Justice

    Appellants' Motion to Review Further Order and Emergency Motion to Stay Pursuant to Texas Rule of Appellate Procedure 29.4 is DENIED.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of October, 2020.



MICHAEL A. CRUZ, Clerk of Court